UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARY CARTER                                                          PLAINTIFF

V.                                            CIVIL ACTION NO. 3:22-CV-712-KHJ-MTP

CITY OF JACKSON, MISSISSIPPI                            DEFENDANT

FINAL JUDGMENT

Pursuant to the jury's verdict [77] returned on June 27, 2024, the Court enters Final Judgment in favor of Defendant City of Jackson, Mississippi as to all claims asserted by Plaintiff Mary Carter.

SO ORDERED AND ADJUDGED this the 27th day of June, 2024.

                                                                       s/ *Kristi H. Johnson*
                                                                       UNITED STATES DISTRICT JUDGE